**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DOMINIC DELOIA, et al., Civil No. 00-2301 (JRT/SRN)

Plaintiffs,

v. **ORDER OF DISMISSAL**

STILLWATER FORD

Defendant.

---

Thomas J. Lyons, CONSUMER JUSTICE CENTER, CONSUMER JUSTICE CENTER, 342 East County Road D, Little Canada, MN 55117 and Peter F. Barry, BARRY LAW OFFICE, 342 County Road D East, Little Canada, MN 55117, for plaintiff.

Michael P. North, ARTHUR CHAPMAN KETTERING SMETAK & PIKALA, 81 South Ninth Street, Ste. 500, Minneapolis, MN 55402, and Gregory J. Johnson, JOHNSON VAN VLIET, 332 Minnesota Street, Ste. 975, St. Paul, MN 55101, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 9, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK